Entered on Docket
March 08, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**ANDREW PORTER**

Debtor(s).

Chapter 13 Proceedings
Case No.: BK-S-09-31975-LBR
Trustee: Kathleen Leavitt

Date: 2/11/2010
Time: 2:30 p.m.

## ORDER AVOIDING SECOND TRUST DEED

**THIS MATTER** having come before the Court for a hearing on **FEBRUARY 11, 2010**, on Debtor's **MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF WELLS FARGO FINANCIAL PURSUANT TO 11 U.S.C. §506(a) AND §1322**, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtor's real property located at **713 BRITTANY FALLS CT, N LAS**

-1-

VEGAS, NV 89031 (the "Subject Property") is valued at **$120,000.00** as of the date of filing Debtor's Chapter 13 Petition.

2. The Subject Property is collateral for **WELLS FARGO HOME MTG 1ˢᵗ LIENHOLDER'S** senior secured claim (**ACCOUNT #0358**) (**PROOF OF CLAIM NUMBER** N/A) for the amount of **$143,000.00**.

3. On the filing date of the instant Chapter 13 Petition, **WELLS FARGO FINANCIAL 2ⁿᵈ LIENHOLDER'S** claim (**ACCOUNT #8039**) (**PROOF OF CLAIM NUMBER** N/A) was wholly unsecured.

**IT IS THEREFORE ORDERED THAT WELLS FARGO FINANCIAL 2ᴺᴰ LIENHOLDER'S** secured claim is "stripped off" and avoided pursuant to 11 U.S.C. §506(a);

**IT IS FURTHER ORDERED THAT WELLS FARGO FINANCIAL 2ᴺᴰ LIENHOLDER'S** secured rights and lien holder rights in the Subject Property are hereby terminated and **WELLS FARGO FINANCIAL 2ᴺᴰ LIENHOLDER** shall be paid as a general unsecured creditor through the Debtor's Chapter 13 plan;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is converted to a Chapter 7 case, **this order will be void and without effect**.

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed for any reason, **WELLS FARGO FINANCIAL 2ᴺᴰ LIENHOLDER'S** claim shall be reinstated to its status as a secured claim on the Subject Property pursuant to 11 U.S.C. §349(b).

**IT IS SO ORDERED.**

DATED this **10ᵀᴴ** day of **FEBRUARY, 2010**

THE LAW OFFICES OF

1  RANDOLPH H. GOLDBERG

2
   By /S/ RANDOLPH GOLDBERG ESQ.
3     RANDOLPH H. GOLDBERG, ESQ.
      4000 S. Eastern
4     Suite 200
5     Las Vegas, Nevada 89119
      Attorney for Debtor
6

7

8  APPROVED AS TO FORM AND CONTENT

9

10 CHAPTER 13 TRUSTEE

11

12 _____
   KATHLEEN LEAVITT, TRUSTEE
13 302 East Carson Ave., Suite 300
   Las Vegas, NV  89101
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of LR 9021.

✓ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

    ✓ approved the form of this order;
    _____ waived the right to review the order and/or failed to file and serve papers in accordance with LR 9021©.

_____ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

_____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

/s/Maile C. Hansen/s/
An Employee of
THE LAW OFFICE OF
RANDOLPH H. GOLDBERG

###

-10-